# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00692-CV

**Edward Francis Zarnesky, Jr., Appellant**

**v.**

**Kathryn Christine Zarnesky, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 258366, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due April 30, 2014. On counsel's motions, the time for filing was extended to June 30, 2014. Appellant's counsel has now filed a third motion requesting that the Court extend the time for filing appellant's brief an additional thirty days. We grant the motion for extension of time and order appellant to file a brief no later than July 30, 2014. No further extension of time will be granted and failure to comply with this order may result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is so ordered on July 10, 2014.

Before Justices Puryear, Pemberton, and Field